CLERK'S OFFICE U.S. DIST. COURT
AT CHARLOTTESVILLE, VA
FILED
02/03/2020
JULIA C. DUDLEY, CLERK
BY: H. Wheeler
DEPUTY CLERK

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

## Return

| Case No.: 3:19mj00066 | Date and time warrant executed: 11/27/2019 | Copy of warrant and inventory left with: Facebook Law Enforcement Portal |
|---|---|---|
| Inventory made in the presence of: | N/A | |

Inventory of the property taken and name(s) of any person(s) seized:

481120819454440.pdf (Facebook Business Record)

634315823745101.pdf (Facebook Business Record)

4811208194544.zip (Media Files)

### Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 1/31/2020

Executing officer's signature #5404

William Ury - Special Agent
Printed name and title

Received in chambers by reliable electronic means on January 31, 2020.

Joel C. Hoppe
USMJ